IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BRADLEY NEAL GOODSON,            )
                                 )
              Plaintiff,          )
                                 )
v.                               )   Case No. CIV-13-1322-D
                                 )
MICHAEL BRYANT, *et al.*,         )
                                 )
              Defendants.         )

**O R D E R**

This matter is before the Court for review of the Report and Recommendation [Doc. No. 50], issued by United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1)(B)-(C). Judge Purcell recommends that summary judgment be entered in favor of all remaining defendants in this civil rights action under 42 U.S.C. § 1983.[1]

Plaintiff, who appears *pro se*, has not filed a timely objection or requested additional time to object, although he was expressly advised of the right to object, the deadline for objections, and the consequences of failing to object. Therefore, the Court finds Plaintiff has waived further review of all factual and legal issues addressed in the Report. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 East 30th Street*, 73 F.3d 1057, 1060 (10th Cir. 1996). Accordingly, the Court adopts the Report and Recommendation [Doc. No. 50] in its entirety.

---

[1] Plaintiff voluntarily dismissed all defendants except Michael Bryant, Ronald Weatherly, Matthew Hunt, and Rick McDonald by amending his pleading to name only these defendants.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment [Doc. No. 34] is GRANTED, as set forth herein. Summary judgment shall be entered in favor of Defendants Michael Bryant, Ronald Weatherly, Matthew Hunt, and Rick McDonald.

IT IS SO ORDERED this 23rd day of September, 2014.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE